428 A.2d 682

Commonwealth v. Angelo, Appellant.

Submitted December 6, 1979. James P. Gregor, Assistant Public Defender, for appellant; Ralph Matergia, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgment of sentence affirmed.

428 A.2d 682

Commonwealth v. Brookins, Appellant.

Submitted December 6, 1979. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgments of sentence affirmed.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.